# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,

v.

BOBBY BOSEMAN
           Defendants.

Case No. 21-20590

Honorable F. Kay Behm
United States District Judge

## AMENDED ORDER APPOINTING CO-COUNSEL

On January 28, 2025, the court held a hearing on the Motion for Withdrawal, ECF No. 109. The Court denied the Motion for Withdrawal of Attorney and instead will appoint co-counsel to assist further with the case. The appointment of an additional attorney is necessary due to the complex nature of the case and is in the interests of justice.

IT IS SO ORDERED that co-counsel be appointed to represent Bobby Boseman under the Criminal Justice Act.

IT IS FURTHER ORDERED that this order is retroactive to the appointment date of co-counsel Sanford Plotkin on January 30, 2025.

SO ORDERED.

Date: December 19, 2025

s/F. Kay Behm
F. Kay Behm
United States District Judge

1